TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00546-CR


NO. 03-04-00547-CR






Thomas Mora, Appellant



v.



The State of Texas, Appellee







FROM THE COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY


NOS. 605210 & 611844, HONORABLE JAN BRELAND, JUDGE PRESIDING






M E M O R A N D U M O P I N I O N



Appellant's motions to dismiss these appeals are granted. See Tex. R. App. P.
42.2(a). The appeals are dismissed.



 __________________________________________

 Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Appellant's Motion

Filed: January 18, 2005

Do Not Publish